**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

No. 97-7471

—————

ANTHONY R. SAVAGE,

Petitioner - Appellant,

versus

THOMAS CORCORAN; ATTORNEY GENERAL OF THE STATE
OF MARYLAND,

Respondents - Appellees.

—————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District Judge.
(CA-97-1874-H)

—————

Submitted:  July 28, 1998          Decided:  August 24, 1998

—————

Before MURNAGHAN, ERVIN, and NIEMEYER, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Roland Walker, WALKER, VAN BAVEL, AMARAL & MEAD, P.A., Baltimore,
Maryland; Kreg Paul Greer, GREER & KENNEDY, L.L.C., Towson, Mary-
land, for Appellant.  Annabelle Louise Lisic, OFFICE OF THE ATTOR-
NEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony R. Savage seeks to appeal the district court's order denying his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998), as untimely. We have reviewed the record and the district court's opinion and find no reversible error. Savage's conviction became final prior to the effective date of the Anti-terrorism and Effective Death Penalty Act of 1996, so his habeas corpus petition, filed after April 23, 1997, was untimely. See Brown v. Angelone, ___ F.3d ___ (No. 96-7173) (4th Cir. July 14, 1998). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Savage v. Corcoran, No. CA-97-1874-H (D. Md. Sept. 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED